# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jones, Richard A. | W.D. Washington | 05/09/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

United States Courthouse
700 Stewart Street, Suite 13128
Seattle, Washington 98101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | YMCA of Greater Seattle |
| 2. | Advisory Board Member | National Center for Courts and Media, National Judicial College |
| 3. | Advisory Board Member | Seattle University Access to Justice Institute |
| 4. | Board Member | Washington State Bar Association Leadership Institute |
| 5. | Faculty/Instructor | National Judicial College |
| 6. | Board Member | YMCA of the USA National Board of Directors |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1994 | Washington State Deferred Compensation Plan: pension upon retirement |
| 2. | 1994 | Washington State Judicial Retirement Account: pension upon retirement |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Richard A. | 05/09/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | ▨ Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | YMCA-USA | February 23 - February 25, 2011 | Chicago, IL | Board Meeting | Transportation, meals and lodging |
| 2. | National Judicial College | May 15-16, 2011 | Reno, NV | Teaching Judges | Transportation, meals and lodging |
| 3. | YMCA-USA | August 23-25, 2011 | Chicago, IL | Board Meeting | Transportation, meals and lodging |
| 4. | National Judicial College | October 16-17, 2011 | Reno, NV | Teaching Judges | Transportation, meals and lodging |
| 5. | American Institute in Taiwan | November 16-18, 2011 | Taipei, Taiwan | Keynote Address - Education Conference | Transportation, meals,and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Richard A. | 05/09/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Richard A. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Tully's Stock (common) | | None | J | W | | | | | |
| 2. Tully's Stock(preferred) | | None | J | W | | | | | |
| 3. American Funds: American Balanced | A | Interest | M | T | | | | | |
| 4. American Funds: American Mutual | A | Interest | M | T | | | | | |
| 5. American Funds: Capital Income Builder | A | Interest | M | T | | | | | |
| 6. American Funds: Capital World Growth & Income | A | Interest | L | T | | | | | |
| 7. American Funds: Capital World Bond | A | Interest | M | T | | | | | |
| 8. American Funds: Fundamental Investors | A | Interest | L | T | | | | | |
| 9. American Funds: Growth Fund of America | A | Interest | L | T | | | | | |
| 10. American Funds: Income Fund of America | A | Interest | M | T | | | | | |
| 11. American Funds: Investment Company of America | A | Interest | M | T | | | | | |
| 12. American Funds: SMALLCAP WORLD | A | Interest | L | T | | | | | |
| 13. American Funds: Washington Mutual Investors | | None | M | T | | | | | |
| 14. American Funds: Bond Fund of America | B | Interest | M | T | | | | | |
| 15. American Funds: Money Market | A | Distribution | L | T | | | | | |
| 16. Washington State Pension | F | Distribution | N | T | | | | | |
| 17. ISMARC | | None | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. Positions

Board Member Washington State Bar Association Leadership Institute
Advisory Board Member Northwest Minority Job Fair Committee
Advisory Board Member First Year Minority Clerkship Program
Co-Chair  King County Bar Association Rev. Dr. Martin Luther King Luncheon Committee
Board Member Center for Children & Youth Justice


VII.  Investments and Trusts


18. Principal Finance Group   Value Code J,  Value Method T

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard A. Jones**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544